FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2021

No. 04-21-00377-CV

Patrick **MINOR**,
Appellant

v.

**RED HOOK CAJUN SEA FOOD**,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19625
Honorable Aaron Haas, Judge Presiding

## O R D E R

Appellant filed an affidavit of inability to pay costs when he filed his suit in the trial court. No challenge to that affidavit was filed, and the trial court did not make any finding that Minor was able to afford any part of the costs. An unchallenged affidavit of indigence carries forward to the appeal. *See* TEX. R. APP. P. 20.1 and Notes. It does not appear that a motion to require payment of costs was filed when this appeal was filed. TEX. R. CIV. P. 145(e)(1). We therefore order Mary Angie Garcia, Bexar Country District Clerk, to file the Clerk's Record by **October 25, 2021**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court